IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HENRY C. WILLIAMS, III,** | 2:06-cv-01666-GEB-DAD HC |
| Petitioner, | **ORDER** |
| v. | |
| **MARTIN VEAL, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN in Respondents' September 8, 2006 request for extension of time, Respondents are hereby GRANTED a thirty-day extension of time, up to and including October 6, 2006, in which to file a response to the petition for writ of habeas corpus in this matter.

DATED: September 8, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/will1666.extresp