IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS III,

    Petitioner,                      No. CIV S-06-1666 GEB DAD P

    vs.

MARTIN VEAL, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner filed a motion dated September 7, 2006, concerning respondents' answer to his petition. Respondents' application for an extension of time was granted on September 8, 2006, and respondents filed and served a timely answer to the petition on October 5, 2006. Pursuant to the court's August 7, 2006 order, petitioner's reply is due on or before November 7, 2006, i.e., thirty days after the answer was served plus an additional three days because the answer was served by mail. Additional time will be granted on request. IT IS ORDERED that petitioner's September 14, 2006 motion has been granted.

DATED: October 13, 2006.

/s/ Dale A. Drozd

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
will1666.inq