IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS, III,

    Petitioner,                    No. 2:06-cv-01666 ALA HC

    vs.

MARTIN VEAL, et al.,             ORDER

    Respondent.

_____/

    Petitioner is proceeding *pro se* with an application for writ of habeas corpus under 28 U.S.C. § 2254.

    The parties are directed to file, within twenty-one (21) days from the date of this order, simultaneous briefs consisting of no more than ten (10) pages discussing the following issue: What is the applicability, if any, of the following listed cases to the question of whether this Court has habeas corpus jurisdiction in the instant action: *Wilkinson v. Dotson*, 544 U.S. 74 (2005); *Heck v. Humphrey*, 512 U.S. 477 (1994); *Docken v. Chase*, 393 F.3d 1024 (9th Cir. 2004); *Ramirez v. Galaza*, 334 F.3d 850 (9th Cir. 2003); *Neal v. Shimoda*, 131 F.3d 818 (9th Cir. 1997); and *Bostic v. Carlson*, 884 F.2d 1267 (9th Cir. 1989)?

    In light of the complex legal issues involved in this case, Petitioner is encouraged to move for appointment of counsel pursuant to 18 U.S.C. § 3006A(a)(2)(B). If Petitioner shows

1

1 that he is financially eligible for appointment of counsel, the Court will look favorably on any
2 request for appointment of counsel.
3 ///
4     Accordingly, IT IS HEREBY ORDERED that:
5     1.    Within twenty-one (21) days of this order, the parties shall simultaneously file the
6         requested briefing.
7     4.    The Clerk of the Court shall serve a copy of this order on all parties.
8 ///
9 DATED: December 26, 2007
10     /s/ Arthur L. Alarcón
11     _____
12     UNITED STATES CIRCUIT JUDGE
13     Sitting by Designation
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26