IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS, III,

    Petitioner,                        Case No. 2:06-cv-01666 ALA (HC)

vs.

MARTIN VEAL, et al.,                ORDER

    Respondent.

_____/

    Petitioner Henry C. Williams, III, is proceeding *pro se* with an application for writ of habeas corpus under 28 U.S.C. § 2254. On January 17, 2008, Mr. Williams filed a "Motion to Suppress Inclusion of Pending Litigation as Information for the Consideration of Suitability at Parole Hearing" (Doc. No. 19; *see also* Doc. No. 22). Respondent is hereby ORDERED to file a response to this motion, on or before June 11, 2008.

///

DATED: May 29, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation