IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS, III,

    Petitioner,                   Case No. 2:06-cv-01666 ALA ( HC)

    vs.

MARTIN VEAL, et al.,              ORDER

    Respondent.

_____/

        Petitioner Henry C. Williams, III, is state prisoner proceeding *pro se* with an application for writ of habeas corpus under 28 U.S.C. § 2254. On January 17, 2008, Petitioner filed a motion to appoint counsel (Doc. No. 18).

        18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See also* Rule 8 (c), Fed. R. Governing § 2254 Cases. In light of the complexity of the legal issues involved, this Court has determined that the interests of justice require appointment of counsel. 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) ("In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved.").

        Accordingly, IT IS HEREBY ORDERED that:

1

1. Petitioner's motion to appoint counsel is GRANTED (Doc. No. 18).

2. The Federal Defender is appointed to represent petitioner.

3. The Clerk of the Court is directed to serve a copy of the petition, the answer, the reply by Petitioner, and this order on Carolyn Wiggin, Assistant Federal Defender.

4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

5. On or before June 30, 2008, the parties shall file and serve status reports which address the timing and order of the following matters:

    a. Discovery and investigations;

    b. Anticipated motions;

    c. The need for and timing of an evidentiary hearing;

    d. Enumeration and resolution of unexhausted claims; and

    e. Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

///

DATED: May 30, 2008

/s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
Sitting by Designation