IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS, III,

    Petitioner,                    Case No. 2:06-cv-01666 ALA (HC)

    vs.

MARTIN VEAL, et al.,               ORDER

    Respondent.

_____/

    Petitioner Henry Williams filed a motion to suppress the contested disciplinary charge from an upcoming parole suitability hearing. (Doc. 19). This disciplinary charge is the basis of the litigation before this Court. Respondents opposed Petitioner's request for such injunctive relief. (Doc. 27).

    Accordingly, this Court HEREBY ORDERS that Petitioner file a Reply to Respondents' Opposition on or before July 7, 2008.

/////

DATED: June 16, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation