1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HENRY C. WILLIAMS, III,

11          Petitioner,                    Case No. 2:06-cv-01666 ALA HC

12      vs.

13   MARTIN VEAL, et al.,                  ORDER

14          Respondent.

15   _____/

16

17          On June 16, 2008, the Court ordered Petitioner to reply to Respondent's opposition to

18   Petitioner's January 17, 2008 motion by July 7, 2008.  On June 30, 2008, Petitioner moved for

19   an enlargement of time within which to file his reply, requesting that his reply be due on August

20   8, 2008, instead of July 7, 2008.

21          IT IS ORDERED GRANTING Petitioner's request for enlargement of time.  His reply to

22   Respondent's opposition should be filed on or before August 8, 2008.

23   DATED: July 1, 2008

24                                         /s/ Arthur L. Alarcón

25                                         _____
                                           UNITED STATES CIRCUIT JUDGE
                                           Sitting by Designation
26

1