IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS, III,

    Petitioner,                    Case No. 2:06-cv-01666 ALA HC

    vs.

MARTIN VEAL, et al.,                ORDER

    Respondent.

_____/

    On May 30, 2008, the Court ordered Petitioner to file a status report by June 30, 2008. On June 30, 2008, Petitioner moved for an enlargement of time within which to file his status report, requesting that the report be due on August 8, 2008.

    IT IS ORDERED GRANTING Petitioner's request for enlargement of time. His status report should be filed on or before August 8, 2008.

DATED: July 10, 2008

                                        /s/ Arthur L. Alarcón

                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation

1