1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HENRY C. WILLIAMS, III,

11         Petitioner,              Case No. 2:06-cv-01666 ALA (HC)

12      vs.

13   MARTIN VEAL, et al.,           ORDER

14         Respondents.

15   _____/

16       On July 21, 2008, Petitioner Henry C. Williams, III  filed a "Reply Brief in Support of

17   Request for Injunction" (Doc. No. 32-33; *see also* Doc. No. 19, 27).  Respondent is hereby

18   ORDERED to file a Sur-reply on or before August 1, 2008.

19   /////

20   DATED: July 25, 2008

21                                   /s/ Arthur L. Alarcón

22                                   _____
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation
23

24

25

26