IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS, III,

      Petitioner,           Case No. 2:06-cv-01666 ALA (HC)

   vs.

MARTIN KNOWLES,           <u>ORDER</u>

      Respondent.[1]

_____/

      On May 30, 2008, this Court granted Petitioner's motion to appoint counsel.  (Doc. 24). Eric Weaver was appointed as counsel for Petitioner.  (Doc. 26).  On August 7, 2008, this Court denied Mr. Henry C. Williams's ("Mr. Williams") habeas petition. (Doc. 36).  Mr. Williams, proceeding pro se, filed a document styled "Motion for Reconsideration and/or Appeal," which was docketed twice. (Docs. 38, 39).  By this order, this Court requests that, on or before October 8, 2008, counsel for Petitioner file any supplement or amendment to Petitioner's motion for reconsideration that he intends to file.  In the alternative, counsel for Petitioner shall advise the Court, on or before October 8, 2008, that no such supplement or amended motion will be filed. Respondent shall file a response to Mr. Williams's Motion for Reconsideration (as amended by

_____

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mike Knowles is substituted for his predecessor, Martin Veal, as the warden where the prisoner is incarcerated.

1   Petitioner's counsel if an amended motion is filed) on or before October 22, 2008.

2        Accordingly, IT IS HEREBY ORDERED that:

3      1.    Counsel for Petitioner shall file an amended motion for reconsideration, if such an

4           amendment is warranted, or, in the alternative, advise the Court that no

5           supplemental filing will be made, on or before October 8, 2008;

6      2.    Respondent shall file a response to the Motion for Reconsideration. or the

7           amended motion filed by Petitioner's counsel if one is filed, on or before

8           October 22, 2008.

9   ////

10  DATED:  September 26, 2008

12                      /s/ Arthur L. Alarcón
                             UNITED STATES CIRCUIT  JUDGE

13                      Sitting by Designation