IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS, III,

    Petitioner,                    Case No. 2:06-cv-01666 ALA (HC)

    vs.

MARTIN KNOWLES, et al.,            <u>ORDER</u>

    Respondents.[1]

_____/

    On October 6, 2008, Petitioner Henry C. Williams filed a supplemental brief in support of his motion for reconsideration. (Doc. 41).

    **IT IS HEREBY ORDERED** that Respondents file a response to Petitioner's supplemental brief on or before October 27, 2008.

DATED: October 7, 2008

                                                /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mike Knowles is substituted for his predecessor, Martin Veal, as the warden where the prisoner is incarcerated.

1