IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY C. WILLIAMS, III,

    Petitioner,                    Case No. 2:06-cv-01666 ALA (HC)

    vs.

MIKE KNOWLES,                    <u>ORDER</u>

    Respondent.[1]

_____/

    Petitioner Henry C. Williams, III filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254(a) on July 31, 2006. On August 6, 2008, Petitioner's application was denied. (Doc. 36). Petitioner filed a motion for reconsideration on September 11, 2008 (Doc. 38), and a supplemental memorandum in support of his motion for reconsideration on October 6, 2008 (Doc. 41). Respondent filed an opposition to Petitioner's motion for reconsideration on October 21, 2008. (Doc. 43).

    After reviewing the arguments presented by both parties in the above-referenced pleadings, the Court has concluded that Petitioner's motion for reconsideration shall be DENIED.

---

[1] Mike Knowles is substituted for his predecessor, Martin Veal, as the warden where the prisoner is incarcerated, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1

1  Based on the foregoing it is therefore ORDERED that:

2  1. Petitioner's motion for reconsideration is DENIED; and,

3  2. The clerk of the court shall notify Petitioner of this Order.

4  /////

5  DATED: October 22, 2008

6  /s/ Arthur L. Alarcón
   <u>UNITED STATES CIRCUIT JUDGE</u>
7  Sitting by Designation